ACCEPTED
03-13-00549-CR
5663230
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 4:04:02 PM
JEFFREY D. KYLE
CLERK



June 12, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 4:04:02 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

> Re: **Eric Hageman v. State of Texas**
> **No. 03-13-00549-CR**

Dear Mr. Kyle:

I'm sending this letter in order to certify my compliance with Tex. R. App. Proc. 48.4. On June 5, 2015, I mailed Mr. Hageman a copy of the opinion and judgment, along with notifying him about his right to file a petition for discretionary review within 30 days of the issuance of the opinion. I've enclosed a copy of the return receipt on the certified letter that was mailed to Mr. Hageman.

Please let me know if you need any further information from me.

Sincerely,

Chris Perri

1504 West Avenue, Austin, Texas, 78701
Office Tel. (512) 474 4892 | Fax (512) 474 8252
chris@chrisperrilaw.com | www.chrisperrilaw.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Hageman
TDCJ #1871338
Wynne Unit
810 FM 2821
Huntsville, TX 77349

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9401 0004 5071 2812 47

2. Article Number *(Transfer from service label)*

7015 0640 0000 0930 4201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
     Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt